**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-1089**

─────────────

NOEL GUY DREW-HUCKINS, an infant by his
parents and natural guardians Melissa Drew-
Huckins and Michael Huckins; MELISSA DREW-
HUCKINS; MICHAEL HUCKINS, individually,

                              Plaintiffs - Appellants,

        versus

OTIS E. ENGELMAN, JR., MD,

                              Defendant - Appellee,

        and

NORTH TRIDENT REGIONAL HOSPITAL, INCORPORATED,
d/b/a Columbia Summerville Medical Center;
PALMETTO PRIMARY CARE PHYSICIANS, L.L.C.;
DORCHESTER FAMILY MEDICINE,

                              Defendants.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-98-3216-2-18)

─────────────

Submitted:  October 10, 2000       Decided:  November 13, 2000

─────────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

---

Richard G. Wern, RICHARD G. WERN, P.A., Charleston, South Carolina, for Appellants.  Robert H. Hood, Barbara W. Showers, P. Gunnar Nistad, HOOD LAW FIRM, L.L.C., Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

This is an appeal from the district court's order after a jury trial finding for the Defendant, Dr. Otis E. Engelman, Jr., M.D., in this medical negligence action. On appeal, Appellants allege that the district court abused its discretion by declining to allow into evidence certain remedial actions taken by Dr. Engelman following the incident at issue under Fed. R. Evid. 407. We do not find that the district court abused its discretion by failing to admit the evidence of the remedial actions or of the existence of another legal action. See Malone v. Microdyne Corp., 26 F.3d 471, 480 (4th Cir. 1994). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED